Andre G. FONVILLE, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 2, 2015

Supreme Court of Delaware.

Submitted: August 17, 2015
Decided: October 13, 2015

Court Below—Superior Court of the State of Delaware, in and for Sussex Coun-ty, Cr. ID Nos. 1409005465 and 1203007725

AFFIRMED.

Robert ASBURY, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 351, 2014

Supreme Court of Delaware.

Submitted: October 7, 2015
Decided: October 13, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID. No. 1306006968

AFFIRMED.